## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

KELLY KRAS,

    Plaintiff,

                                 CASE NO.:  8:16-cv-00198-T-33AEP

-vs-

BLUESTEM BRANDS, INC.,
d/b/a FINGERHUT

    Defendant.
_____/

### NOTICE OF PENDING SETTLEMENT

    Plaintiff, KELLY KRAS, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, KELLY KRAS, and Defendants, BLUESTEM BRANDS, INC. d/b/a FINGERHUT, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                               */s/ Frank H. Kerney, III*
                                               FRANK H. KERNEY, III, ESQ.
                                               Florida Bar No.:  88672
                                               MORGAN & MORGAN, TAMPA, P.A.
                                               One Tampa City Center
                                               201 N. Franklin Street, Suite 700
                                               Tampa, FL 33602
                                               Telephone:  (813) 223-5505
                                               Facsimile:   (813) 223-5402
                                               Primary Email: FKerney@ForThePeople.com
                                               Secondary: LCrouch@ForThePeople.com
                                               *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 14, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

*/s/ Frank H. Kerney, III*
FRANK H. KERNEY, III, ESQ.
Florida Bar No.: 88672